UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| | ) | |
| v. | ) | MBD No. |
| | ) | 13-mc-91021-FDS |
| GEAN FABIO DaSILVA, | ) | |
| ARMANDO PALMEIRAS, and | ) | |
| ANDRE DeOLIVEIRA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On February 5, 2013, the government and defendant Armando Palmeiras filed a joint motion to exclude time under the Speedy Trial Act and extend the time for indictment. The parties informed the Court that they were discussing a possible resolution of the case without the need for an indictment. Both parties assented to the exclusion of time from February 10, 2013, through March 12, 2013, and to extend the time for the government to return an indictment to March 7, 2013.

Because the Court finds that "the ends of justice served by granting [the continuance] outweigh the interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), the period of time from February 10, 2013 through March 12, 2013, shall be excludable under the Speedy Trial Act, and the government shall have until March 12, 2013, to return an indictment against defendant.

**So Ordered.**

                                               /s/ F. Dennis Saylor
                                               F. Dennis Saylor IV
                                               United States District Judge

Dated: February 7, 2013