**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| v. | ) | **MBD No.** |
| | ) | **13-mc-91021-FDS** |
| **GEAN FABIO DaSILVA,** | ) | |
| **ARMANDO PALMEIRAS, and** | ) | |
| **ANDRE DeOLIVEIRA** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On February 5, 2013, the government and defendants Gean Fabio DaSilva and Andre

DeOliveira filed a joint motion to exclude time under the Speedy Trial Act and extend the time

for indictment.  The parties informed the Court that they were discussing a possible resolution of

the case without the need for an indictment.  All parties assented to the exclusion of time from

February 10, 2013, through March 12, 2013, and to extend the time for the government to return

an indictment to March 7, 2013.

Because the Court finds that "the ends of justice served by granting [the continuance]

outweigh the interests of the public and the defendant in a speedy trial," 18 U.S.C. §

3161(h)(7)(A), the period of time from February 10, 2013 through March 12, 2013, shall be

excludable under the Speedy Trial Act, and the government shall have until March 12, 2013, to

return an indictment against defendants DaSilva and DeOliveira.

**So Ordered.**


                              /s/ F. Dennis Saylor
                              F. Dennis Saylor IV
                              United States District Judge


Dated: February 7, 2013